IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CHARLES RICHARD VINES, SR.,

        Plaintiff,

v.                                        Case No. 1:21-cv-00874-RP

MOUNTAIN RUN SOLUTIONS, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., and TRANS UNION LLC,

        Defendants.

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE ROBERT PITMAN:

      The parties respectfully notify the Court that Plaintiff Charles Richard Vines, Sr., and Defendant Trans Union LLC have settled all claims between them in this matter. Each party will bear its own attorneys' fees and court costs. Trans Union and Plaintiff Charles Richard Vines, Sr. will present dismissal documents to the court as soon as possible. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

                                  Respectfully submitted,

                                  */s/ Charlotte Long*
                                  Charlotte Long
                                  Texas Bar No. 24094692
                                  clong@qslwm.com
                                  Quilling, Selander, Lownds,
                                  Winslett & Moser, P.C.
                                  6900 N. Dallas Parkway, Suite 800
                                  Plano, Texas 75024
                                  (214) 560-5444
                                  (214) 871-2111 Fax
                                  **Counsel for Trans Union LLC**

                                  Respectfully submitted,

*/s/ Jeffrey D. Wood*
Jeffrey D. Wood
jeff@jeffwoodlaw.com
The Wood Firm, PLLC
11610 Pleasant Ridge Road
Suite 103 – Box 208
Little Rock, AR 72223
(682) 651-7599
(888) 598-9022 Fax
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of normally record:

| | |
|---|---|
| Jeffrey D. Wood | Alison E. Ibendahl |
| jeff@jeffwoodlaw.com | aibendahl@jonesday.com |
| The Wood Firm, PLLC | Jones Day |
| 11610 Pleasant Ridge Road | 717 Texas, Suite 3300 |
| Suite 103, Box 208 | Houston, TX 77002 |
| Little Rock, AR 72223 | (832) 239-3939 |
| (682) 651-7599 | (832) 239-3600 Fax |
| (888) 598-9022 Fax | *Counsel for Experian* |
| *Counsel for Plaintiff* | *Information Solutions, Inc.* |

*/s/ Charlotte Long*
**CHARLOTTE LONG**