IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLES RICHARD VINES, SR., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-cv-874-RP |
| MOUNTAIN RUN SOLUTIONS, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC, | § § § § § | |
| Defendants. | § § | |

## ORDER

On April 7, 2022, Plaintiff dismissed all claims against Defendant Trans Union LLC by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 11). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As such, **IT IS ORDERED** that Defendant Trans Union LLC shall be terminated from the above-titled action.

**SIGNED** on April 8, 2022.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE