**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| Charles Richard Vines, Sr.,  )  <br>  ) <br> Plaintiff,  ) <br>   ) <br> v.   ) <br>   ) Case No. 1:21-cv-00874 <br> Mountain Run Solutions, LLC; Experian  ) <br> Information Solutions, Inc.; Trans Union,  ) <br> LLC,  ) <br>   ) <br> Defendants.  ) | |

**STIPULATION OF DISMISSAL AS TO**
**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Charles Richard Vines, Sr. and Defendant Experian Information Solutions, Inc. stipulate to dismiss all claims in this action as to Experian Information Solutions, Inc., only, with prejudice, each party to bear its own attorneys' fees and costs.

Dated: May 5, 2022                                         Respectfully submitted,

*/s/ Jeffrey D. Wood*                                      */s/ Alison E. Ibendahl*
Jeffrey D. Wood                                            Alison E. Ibendahl
jeff@jeffwoodlaw.com                                       State Bar No. 24120916
The Wood Firm, PLLC                                        Jones Day
11610 Pleasant Ridge Road                                  717 Texas Street, Suite 3300
Suite 103 – Box 208                                        Houston, TX 77002
Little Rock, AR 72223                                      Telephone:  +1.832.239.3939
Telephone:  +1.682.651.7599                                Facsimile:   +1.832.239.3600
Facsimile:   +1.888.598.9022                               aibendahl@jonesday.com

*Attorney for Plaintiff*                                   *Attorney for Defendant*
*Charles Richard Vines, Sr.*                               *Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2022, I caused the foregoing to be electronically filed with the Clerk of Court for the U.S. District Court, Western District of Texas, by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

*/s/ Jeffrey D. Wood*
Jeffrey D. Wood