IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLES RICHARD VINES, SR., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-cv-874-RP |
| MOUNTAIN RUN SOLUTIONS, LLC and EXPERIAN INFORMATION SOLUTIONS, INC., | § § § § § | |
| Defendants. | § § | |

## ORDER

On May 5, 2022, Plaintiff dismissed all claims against Defendant Experian Information Solutions, Inc., by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 13). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As such, **IT IS ORDERED** that Defendant Experian Information Solutions, Inc., shall be terminated from the above-titled action.

**SIGNED** on May 9, 2022.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE