FILED
March 27, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Julie Golden___
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLES RICHARD VINES, SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:21-CV-874-RP |
| | § | |
| MOUNTAIN RUN SOLUTIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL ORDER OF JUDGMENT

On January 18, 2023, the Court issued an Order adopting U.S. Magistrate Judge Mark Lane's report and recommendation awarding a judgment in favor of Charles Richard Vines, Sr., against Mountain Run Solutions, LLC (Dkt. 22). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is entered against Defendant Mountain Run Solutions, LLC (i) for attempting to collect a debt erroneously attributed to Plaintiff in violation of 15 U.S.C. § 1692, *et seq.*, and Texas Finance Code § 392.001, *et seq.*; and (ii) for reporting false information about Plaintiff to one or more consumer reporting agencies as defined in 15 U.S.C. § 1681A(f) and failing to correct such false information when provided notice of the error in violation of 15 U.S.C. § 1681, *et seq.*; and

**IT IS FURTHER ORDERED,** pursuant to Texas Finance Code § 392.403(a)(1), that Defendant and its principals, directors, officers, managers, members, owners, agents, employees, servants, contractors, attorneys, parents, representatives, successors, affiliates, confederates, subsidiaries, brands, related companies, distributors, licensors/licensees, aliases, and assigns, and all other persons and/or entities acting for, with, by, through, under, or in concert or in participation with any of them, including, but not limited to, any corporation, partnership,

proprietorship or entity of any type that is in any way affiliated or associated with Defendant, are permanently enjoined and restrained from (i) further collection attempts on the Monitronics/Brinks/Vision account originated by Plaintiff's father, Charles Raymond Vines, Jr.; and (ii) reporting to any consumer reporting agency as defined in 15 U.S.C. § 1681A(f) that Plaintiff has, or has ever had, any liability on the Monitronics/Brinks/Vision account originated by Plaintiff's father, Charles Raymond Vines, Jr.; and

**IT IS FURTHER ORDERED** that Plaintiff is awarded $9,121.28 against Defendant Mountain Run Solutions, LLC, which represents $1,000 in statutory damages under 15 U.S.C. § 1692k(a)(2)(A), $1,000 in statutory damages under 15 U.S.C. § 1681n(a)(1)(A), $1,000 in statutory damages under 15 U.S.C. § 1681n(2), $200 in statutory damages under Texas Finance Code § 392.403, attorney's fees in the amount of $5,460 and costs in the amount of $461.28 under 15 U.S.C. § 1692k(a)(2)(A), §1681n(a)(1)(A), § 1681n(2), and Texas Finance Code § 392.403. Plaintiff is further awarded interest at a rate of 3.12% per annum from April 1, 2018.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over the Parties to the extent necessary to enforce the terms of this Order and the injunctive relief provided herein. Nothing in this Order shall preclude Plaintiff from seeking additional relief to which it is entitled, including post-judgment discovery authorized by the Federal Rules of Civil Procedure and/or the Texas Rules of Civil Procedure.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on  March 27 , 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE